No. 69289.—N. S. Meyer, Inc. *v.* United States, protest 59/16055 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of insignia similar in all material respects to those involved in Abstract 66583, the claim of the plaintiff was sustained.